**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LOS BANOS INVESTMENT GROUP I, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1312C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of March 1, 2005, the parties respectfully submit this Joint Status Report to apprise the Court of the status of their continuing efforts to resolve certain closely-related cases through the Court's Alternative Dispute Resolution ("ADR") pilot program.

As stated in the parties' Joint Motion to Stay, this case is one of approximately fifty related suits filed with the Court since August 6, 2004. Eight of these cases have been designated for the Court's ADR pilot program. The parties then moved to stay this case and nearly all of the other related cases that had not been referred to ADR, pending the outcome of the ADR process. (The only related case that the parties have not moved to stay is one in which a motion pursuant to RCFC 12(b) has been filed.) All of the motions to stay that have been ruled upon by the Court have been granted.

The parties continue to make good progress in their efforts pursuant to the ADR process. As previously reported to the Court, the plaintiffs have produced preliminary damages analyses for the first three cases that have been designated for ADR, together with supporting documentation for each. Defendant has now prepared two separate responses to plaintiffs' analysis and has produced various documents related to each of the three properties. The parties have also engaged in various discussions in an effort to address the differences in their approaches to calculating damages and plan to continue those discussions in the near future. Through those

discussions, the parties hope to reach agreement on a framework for determining damages. Finally, a further status conference with the ADR judge is scheduled for Friday, May 13, 2005.

Once the ADR process has been completed with respect to the first three properties, the parties hope to be able to apply the same process to the remaining cases that have been designated for ADR, and then determine whether a similar procedure can be applied to the remaining related cases that have been stayed. In sum, the parties have been pleased with the ADR process to date and desire to continue with those efforts.

The parties will continue to update the Court on the status of their ongoing ADR efforts in accordance with the Court's Order of March 1, 2005.

Respectfully submitted,

**s/ Jeff H. Eckland**
JEFF H. ECKLAND
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: (612) 305-4444
Fax: (612) 305-4439

*Attorneys for Plaintiffs*

**Filed Electronically with the**
**Consent of the Attorney for Defendant**

May 10, 2005

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**
DAVID M. COHEN
Director

**s/ Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7643
*Attorneys for Defendant*