**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LOS BANOS INVESTMENT GROUP I, A CALIFORNIA LIMITED PARTNERSHIP, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 04-1312C (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of March 1, 2005, the parties respectfully submit this Joint Status Report to apprise the Court of the status of their ongoing efforts to resolve certain closely-related cases through the Court's Alternative Dispute Resolution ("ADR") pilot program.

The parties continue to make good progress in their efforts pursuant to the ADR process. Since the filing of the parties' last joint status report, counsel for the parties have conducted numerous telephone conferences to discuss various issues related to the proper calculation of damages. The parties have also exchanged numerous damages analyses (including, most recently, defendant's damages analyses for the three lead ADR cases, Nos. 04-1284C, 04-1302C, and 04-1320C, which were transmitted to plaintiffs on November 7, 2005), and have engaged in extensive consultation with their respective experts in order to analyze and respond to each party's proposed damage calculation models. Counsel for the parties then engaged in extensive discussions regarding their damages analyses and various related issues on November 8 and 9, 2005. In addition, the parties participated in telephone status conferences with Judge Horn (the ADR judge for most of the cases that have been referred to ADR) on October 17, 2005, and November 14, 2005.

The parties hope that their current efforts will produce a methodology that can be applied to the remaining cases that have been designated for ADR, and to the remaining related cases that have been stayed. In sum, the parties have been pleased with the ADR process to date and desire to continue with those efforts.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**
DAVID M. COHEN
Director

**s/ Jeff H. Eckland**
JEFF H. ECKLAND
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: (612) 305-4444
Fax: (612) 305-4439

*Attorney for Plaintiff*

**Filed Electronically with the Consent of the Attorney for Plaintiff**

November 15, 2005

**s/ Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7643

*Attorneys for Defendant*